**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

RAMON ANTONIO GARCIA BENCOSME

*Plaintiff*,

-against-

PARK MANAGEMENT INC, RIVERSTONE HOUSING ASSOCIATES LLC, ATLANTIC MANAGEMENT NY INC., and JOEL GLUCK

*Defendants*.

-------------------------------------------------------X

**Case No: 25-cv-04052 (TAM)**

**STIPULATION OF DISMISSAL**

**WHEREAS**, the Court having reviewed the submissions of counsel, and the parties having consented to the entry of this Order; and sufficient cause appearing for the same; after due deliberation; it is

**NOW, THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:**

1. The duly executed settlement agreement, which includes, among other things, a waiver and release of the Plaintiff's claims pursuant to the Fair Labor Standards Act of 1938 and New York Labor Law, as amended, has been negotiated in good faith and at arm's length by the parties through their attorneys;

2. The settlement agreement is approved as a fair and reasonable disposition of the Plaintiff's claims;

3. This action, including all claims asserted by the Plaintiff herein, is hereby dismissed with prejudice, without costs to either party as against the other, as to all claims, causes of action, and Defendants, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure;

4. Each party shall bear its own costs, expenses, and attorneys' fees, except as otherwise expressly agreed in writing by the parties; and

5. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement.

Dated: Brooklyn, New York
June 26, 2026

Jeffrey Spiegel, Esq.
**Lewis Brisbois Bisgaard & Smith**
**7 World Trade Center**
**250 Greenwich Street**
**11th Floor, Ste 11th Floor**
**New York, NY 10007**
**212-232-1300**
**Fax: 212-232-1399**
**Email: jeffrey.spiegel@lewisbrisbois.com**

Colin Mulholland, Esq.
36-36 33rd Street
Suite 308
Astoria, New York 11106
Telephone: (347) 687-2019
*Attorney for Plaintiff*

**SO-ORDERED:** June 29, 2026

Taryn A. Merkl

Hon. Taryn A. Merkl, U.S.M.J.